IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON SIMMONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE #1 OF THE TEXAS ) <br> MEDICAL BOARD, *et al.*, ) <br> ) <br> Defendants. ) | <br><br><br><br><br><br><br><br><br><br>Civil Action No. 3:19-CV-0678-C-BK |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising the Court that the above-styled and -numbered civil action should be summarily dismissed as frivolous and malicious. Plaintiff timely filed objections to the Magistrate Judge's Recommendations on April 18, 2019.

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Having considered Plaintiff's objections, the Court is of the opinion that they are without merit and should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and

conclusions of the Court. For the reasons stated therein, this civil action is hereby **DISMISSED WITH PREJUDICE**. Plaintiff is warned that if he persists in filing frivolous or baseless lawsuits, the Court may impose monetary sanctions and/or bar him from bringing any further action. *See* Fed. R. Civ. P. 11(b)(2) and (c)(1).

SO ORDERED this 19th day of April, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE